UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. |
| ) | 04-CR-10160 (WGY) |
| v. ) | |
| ) | |
| ANSELMO DOMINGUEZ ) | |
| Defendant. ) | |

**STIPULATION REGARDING TRANSCRIPTS**
**OF CALLS 1215, 1219, 1223, 1320, 5261, 5500, 5522, 5527, 5528, 5531, 5675**

The United States of America and defendant Anselmo Dominguez, hereby stipulate and agree that the CD-Rom compilation of conversations from February 25, 2004, Call number 1215, 1219, 1223; February 26, 2004, Call number 1320; March 27, 2004, Call number 5261; March 29, 2004, Call number 5500; March 30, 2004, Call numbers 5522, 5527, 5528, 5531, 5675 are fair and accurate recordings of conversations intercepted over Juan Rosario's phone, telephone number (917) 912-9106. Furthermore, the parties stipulate that the transcripts of these conversations, which contain a Spanish transcription and English translation, are fair and accurate translations and transcriptions of the conversations.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CYNTHIA W. LIE
JENNIFER ZACKS
Assistant U.S. Attorneys

Dated: June 2, 2005

By: _____
JOHN McBRIDE
Counsel for ANSELMO DOMINGUEZ

Dated: June 1, 2005