UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,            )
                                     )      Criminal No.
                                     )      04-CR-10160 (WGY)
          v.                         )
                                     )
ANSELMO DOMINGUEZ                    )
          Defendant.                 )

### STIPULATION

The United States of America and defendant Anselmo
Dominguez, by and through the undersigned attorneys, hereby
stipulate and agree as follows:

1.   The substance inside two knotted plastic bags seized
from 139 How Street, Apt. 204, Haverhill, MA, on March 31, 2004,
drug exhibit 5, was analyzed by a qualified forensic chemist at
the Drug Enforcement Administration laboratory in New York and
found to contain 6.4 grams of cocaine, a Schedule II controlled
substance.  Following the chemical analysis, the packaging and
the cocaine was returned to the Drug Enforcement Administration
in Massachusetts.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
    CYNTHIA W. LIE
    JENNIFER ZACKS
    Assistant U.S. Attorneys

Dated: June ___2___, 2005

Respectfully submitted,

By: _____
    JOHN MCBRIDE

    Counsel for ANSELMO DOMINGUEZ

Dated: June _2_, 2005