UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL No. |
| v. | ) | |
| | ) | |
| | ) | 04-CR-10160 (WGY) |
| ANSELMO DOMINGUEZ | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SECOND SUPPLEMENTAL LIST OF POTENTIAL EXHIBITS**

   The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorneys Cynthia W. Lie and Jennifer Zacks, hereby files the following Second Supplemental List of Potential Exhibits for the trial in the above-captioned matter.  The government reserves its right to supplement or modify the list with reasonable notice to the defendants:

| Exhibit | Description |
|---|---|
| 1 | Photograph of 82 TEMPLE STREET, Haverhill, MA |
| 2 | Subscriber information and toll records for telephone number 978-853-8628 |
| 3 | Photograph of 139 HOW STREET, Haverhill, MA |
| 4A-4C | THREE CD ROMS containing calls over telephone 917-912-9106 |
| 5 | CD ROM COMPILATION FROM CALLS OVER 917-912-9106 |

| | |
|---|---|
| 6A-6K | TRANSCRIPTS OF CD ROM COMPILATION<br>**Call 1215**<br>**1219**<br>**1223**<br>**1320**<br>**5261**<br>**5500**<br>**5522**<br>**5527**<br>**5528**<br>**5531**<br>**5675** |
| 7 | Stipulation re: CDRom Compilation and Transcription and Translations. |
| 8 | N-59 Sprint cell phone tel. 978-853-8628 seized at 82 Temple Street, Haverhill, MA |
| 9 | N-58 Assorted documents, including license, and handwritten phone numbers, seized on Anselmo Dominguez |
| 10 | N-65, letter and bill seized at 139 How Street, 204, Haverhill, MA |
| 11 | N-56 Paperwork seized at 82 Temple Street, Haverhill, MA |
| 12 | Drug Exhibit 5, 6.4 grams of cocaine |
| 13 | Stipulation regarding Drug Exhibit 5, 6.4 grams of cocaine |
| 14 | Plea Agreement of Juan Rosario |
| 15 | N-64, 16 ounce bottle of Inositol, seized at 139 How Street, 204, Haverhill, MA |
| 16 | N-57 Tax/IRS and Mortgage seized at 82 Temple Street, Haverhill, MA |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   */s/ Cynthia W. Lie*

```
                                      CYNTHIA W. LIE
                                      JENNIFER ZACKS
                                      Assistant U.S. Attorneys
Dated: June 6, 2005
```