UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04CR10160 WGY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) |
| ANSELMO DOMINGUEZ | ) |

FILED
In Open Court
USDC, Mass
Date 6-70-05
By CF
Deputy Clerk

## MOTION FOR
## JUDGMENT OF ACQUITTAL

Now comes Anselmo Dominguez, and pursuant to Rule 29(a), of the Federal Rules of Criminal Procedure, moves this Honorable Court to enter a judgment of acquittal on the indictment, since the evidence is insufficient to sustain a conviction.

Respectfully submitted,
Anselmo Dominguez,
By his attorney,

MOTION DENIED
By the Court

_____
Deputy Clerk  6-10-05

_____
John C. McBride
B.B.O#: 326960
McBride & Natola
240 Commercial Street, 2B
Boston, MA. 02109
(617) 367-8844

## CERTIFICATE OF SERVICE

John C. McBride hereby certifies that he forwarded the attached Motion for Judgment of Acquittal the following individuals on this date via facsimile and/or hand delivery.

Bonnie Smith
Clerk for Judge William Young
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 6410
Boston, MA  02210

Cynthia Lie, A.U.S.A.
United States Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210

John C. McBride

Dated: June 10, 2005