# United States District Court

DISTRICT OF _____

US v. Anselmo Dominguez

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR 04-10160-WGY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Lie, Zacks | McBride |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/6 | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/6/05 | | | Christian Brackett |
| | | | | 1 | large photo of house |
| | | 6/7/05 | | | Christian Brackett |
| | | | | | Juan Rosario |
| | | 6/10/05 | | | Juan Rosario |
| | | | | | James Doyle |
| | | | | | Robert Rogers |
| | | | | | Paul Gazzara |
| | | | | | Mark Rivet |
| | | | | | Gary Melanson |
| | | | | | Dennis Barton |
| | | | | | Christian Brackett recalled |
| | | | | | Marobe Dominguez |
| | | | | 17 | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.