UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
                         )
    v.                   ) CRIMINAL ACTION
                         ) NO. 04-10160-WGY
ANSELMO DOMINGUEZ,       )
          Defendant.    )


JURY VERDICT


We find Anselmo Dominguez

_____ not guilty        __✓__ guilty


_____
                Forelady

Date: June 10, 2005