UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) ) ) ) ) ) ) ) ) | Cr. No. 04-CR10160 |
| v. |  |  |
| ANSELMO DOMINGUEZ |  |  |

**MOTION TO CONTINUE SENTENCING DATE**
**(Assented to)**

Now comes the defendant, and moves this Honorable Court to continue the sentencing date in the above-captioned matter, currently scheduled for January 23, 2006 to a date in mid-February or a later date convenient to the Court. In support of this Motion, the defendant states that the parties wish to schedule a meeting in the near future at which time Mr. Dominguez can meet with the government and satisfy the requirements of U.S.S.G. §5C1.2 (5), and hence be "safety valve" eligible. In addition to counsel for the respective parties, it is necessary to coordinate the interview date with the schedules of the investigating agents in the case.

Undersigned counsel has conferred with counsel for the prosecution and has been informed that the government assents to the allowance of this Motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.

        Respectfully Submitted,
        Anselmo Dominguez
        By his attorney

        /s/ Michael C. Andrews
        Michael C. Andrews
        21 Custom House Street
        Boston, Massachusetts 02110
        (617) 951-0072
        BBO# 546470

<u>Certificate of Service</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 18, 2006.