UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) ) ) ) v. ) ) ANSELMO DOMINGUEZ ) ) ) | Cr. No. 04-CR10160 |

**MOTION FOR RETURN OF SURETY**

Now comes the defendant, Anselmo Dominguez, and respectfully moves the Court to order the Clerk of this Court return the property posted with the Court to secure the defendant's pretrial release, to wit, the house belonging to the defendant and his wife, located at 82 Temple Street, Haverhill, Massachusetts.

In support of this Motion the defendant states that the defendant and his wife executed a mortgage of their home in favor of the United States to secure the defendant's pretrial release. Mr. Dominguez has been sentenced, and is now in custody.

For the foregoing reasons, the defendant prays the Court allow this Motion.

        Respectfully Submitted,
        Anselmo Dominguez
        By his attorney

         /s/ Michael C. Andrews
        Michael C. Andrews
        21 Custom House Street
        Boston, Massachusetts 02110
        (617) 951-0072
        BBO# 546470

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 8, 2006.