## DISCHARGE OF MORTGAGE

I, Sarah A. Thorton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Mirope Y. Dominguez and Anselmo E. Dominguez to the Clerk of the United States District Court for the District of Massachusetts, for property located at 82 Temple Street, Haverhill, Massachusetts, dated April 27, 2004 and recorded in the Essex County Registry of Deeds in Book 22734, Page 106, acknowledge satisfaction of the same.

Witness my hand and seal this __12__ day of June 2006

Sarah A. Thorton
Sarah A. Thorton, Clerk
United States District Court
District of Massachusetts

## THE COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

On this __12__ day of ~~December, 2005~~ _June 2006_, before me, the undersigned notary public, personally appeared Sarah A. Thorton, proved to me through satisfactory evidence of identification, which were _(PERSONALLY KNOWN)_ [described photo identification], to be the person whose name is signed on the proceeding documents, and acknowledged to me that she signed it voluntarily for its stated purposes.

Notary Public
My Commission expires



DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012